## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

JUAN CARLOS SAAVEDRA,

      Plaintiff,

vs.

BENITEZ LANDSCAPING AND
CLEANING SERVICE, LLC,
and VICTOR BENITEZ, individually.

      Defendants.

Civil Action No.: 3:17-02508

**STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE AND
WITHOUT COSTS**

Pursuant to Fed. R. Civ. P. 41(a) 2, and having settled this matter, Plaintiff stipulates and

agrees that the instant action shall be and hereby is dismissed with prejudice, without rights of

appeal, with each party to bear its own costs and attorneys' fees.

Dated: August 14, 2017

Respectfully submitted,

/s/ Jodi J. Jaffe
Jodi J. Jaffe, Esquire
E-mail: JJaffe@JaffeGlenn.com
New Jersey Bar No.: 022351993
Andrew I. Glenn
Email: AGlenn@JaffeGlenn.com
New Jersey Bar No.: 026491992
**JAFFE GLENN LAW GROUP, P.A.**
301 N. Harrison Street, Suite 9F, #306
Princeton, New Jersey 08540
Telephone: (201) 687-9977
Facsimile: (201) 595-0308
*Attorneys for Plaintiff*

**SO ORDERED**:

DATED: 8/16/17

_____
HON. JUDGE MICHAEL A. SHIPP, U.S.D.J.